UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE ATKINS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMPLITUDE, INC.,<br><br>　　　　　　Defendant. | Case No. 24-cv-04913-TSH<br><br>**ORDER REASSIGNING CASE** |

IT IS ORDERED that this case has been reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to the Honorable Rita F. Lin in the San Francisco division for all further proceedings. Counsel are instructed that all future filings shall bear the initials RFL immediately after the case number.

All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated: August 23, 2024

　　　　　　　　　　　　　　　　　　　_/s/ Mark B. Busby_
　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court