1  LATHAM & WATKINS LLP
   Michael H. Rubin (Bar No. 214636)
2   *michael.rubin@lw.com*
   Melanie M. Blunschi (Bar No. 234264)
3   *melanie.blunschi@lw.com*
   Francis J. Acott (Bar No. 331813)
4   *francis.acott@lw.com*
   505 Montgomery St., Suite 2000
5  San Francisco, CA 94111
   Telephone: +1.415.391.0600
6
   *Attorneys for Defendant Amplitude, Inc.*
7
   [Additional Counsel on Signature Page]
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 | KYLE ATKINS, individually and on behalf of all others similarly situated, | CASE NO. 3:24-cv-04913-RFL |

Plaintiff,

**STIPULATION TO EXTEND DEADLINE FOR AMPLITUDE, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIV. L.R. 6-1(A)**

v.

AMPLITUDE, INC., a Delaware corporation.,

Hon. Rita F. Lin

Defendants.

Plaintiff Kyle Atkins ("Plaintiff") and Defendant Amplitude, Inc. ("Amplitude") hereby stipulate and agree, pursuant to Civil Local Rule 6-1(a), as follows:

WHEREAS, on August 8, 2024, Plaintiff filed the above-captioned complaint (Dkt. 1);

WHEREAS, Amplitude waived service of the complaint;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Amplitude must file its response to the Complaint no later than October 18, 2024;

WHEREAS, counsel for Plaintiff and Amplitude have met and conferred and agree that it would promote efficiency and conserve judicial and party resources to extend the time for Amplitude to respond to the Complaint;

NOW THEREFORE, the parties hereby STIPULATE AND AGREE that:

Defendant Amplitude's time to file a responsive pleading to the Complaint shall be and is extended for one (1) week, until October 25, 2024 (67 days after waiver of service of the Complaint).

Dated: October 17, 2024     LATHAM & WATKINS LLP

By */s/ Michael H. Rubin*
Michael H. Rubin (Bar No. 214636)
 michael.rubin@lw.com
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Francis J. Acott (Bar No. 331813)
 francis.acott@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Amplitude, Inc*

Dated: October 17, 2024     EDLESON PC

By */s/ Jared Lucky*
Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com

EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation to Extend Deadline for Amplitude, Inc. to Respond to the Complaint Pursuant to Civ. L.R. 6-1(a). Pursuant to L.R 5-1(i)(3) regarding signatures, I, Michael H. Rubin, attest that concurrence in the filing of this document has been obtained.

Dated: October 17, 2024

/s/ *Michael H. Rubin*
Michael H. Rubin