| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Michael H. Rubin (Bar No. 214636) |
|   | *michael.rubin@lw.com* |
| 3 | Melanie M. Blunschi (Bar No. 234264) |
|   | *melanie.blunschi@lw.com* |
| 4 | Francis J. Acott (Bar No. 331813) |
|   | *francis.acott@lw.com* |
| 5 | 505 Montgomery St., Suite 2000 |
|   | San Francisco, CA 94111 |
| 6 | Telephone: +1.415.391.0600 |

*Attorneys for Defendant Amplitude, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE ATKINS, individually and on behalf of all others similarly situated, | CASE NO. 3:24-cv-04913-RFL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER (1) SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS, AND (2) CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMPLITUDE, INC., a Delaware corporation, | |
| Defendant. | (Civil L.R. 6-1, 6-2, 7-12) |
| | Hon. Rita F. Lin |

Pursuant to Civil Local Rule 6-2, Plaintiff Kyle Atkins ("Plaintiff") and Amplitude, Inc. ("Amplitude") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 8, 2024, Plaintiff filed the above-captioned complaint (Dkt. 1);

WHEREAS, Amplitude waived service of the complaint, setting the deadline to respond to the complaint as October 18, 2024 under Federal Rule of Civil Procedure 12(a)(1)(A)(i);

WHEREAS, on August 9, 2024, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 4), which set an initial case management conference (the "CMC") for November 7, 2024, and set deadlines tied to the CMC date for the Parties to meet and confer and file their ADR certifications, Rule 26(f) Report, and joint Case Management Statement and to exchange initial disclosures (the "CMC-Related Deadlines");

WHEREAS, the parties filed their ADR certifications (Dkt Nos. 11 and 17);

WHEREAS, on October 17, 2024, the Parties entered into a stipulation pursuant to Civil Local Rule 6-1 extending Amplitude's deadline to respond to the complaint until October 25, 2024 (Dkt. No. 18);

WHEREAS, Amplitude intends to move to dismiss Plaintiff's complaint in its entirety for lack of Article III standing and for failure to allege facts to state a claim;

WHEREAS, pursuant to the Court's Civil Standing Order, the Parties agree that continuing the CMC and the CMC-Related Deadlines until after a decision on Amplitude's motion to dismiss would conserve judicial and party resources;

WHEREAS, counsel for Plaintiff and Amplitude have met and conferred and agree that it would promote efficiency and conserve judicial and party resources to set a briefing schedule on Amplitude's motion to dismiss and continue the case management conference to a date convenient for the Court following the resolution of Amplitude's motion to dismiss;

WHEREAS, the Parties have also conferred regarding their schedules and scheduling conflicts, including counsel's unanticipated selection as a juror in a weeks-long trial in the United States District Court for the Northern District of Illinois, and have agreed to the following:

1  Plaintiff's deadline to oppose Amplitude's motion to dismiss is December 6, 2024; and
2  Amplitude's deadline to file a reply in support of its motion is January 10, 2025.

3      IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the
4  Parties, that:

5      1.    Plaintiff shall file his opposition to Amplitude's motion to dismiss no later than
6  December 6, 2024;

7      2.    Amplitude shall file its reply in support of its motion to dismiss no later than
8  January 10, 2025;

9      3.    The Initial Case Management Conference scheduled for November 7, 2024 shall
10 be continued, along with all associated deadlines under the Federal Rules of Civil Procedure and
11 the Local Civil Rules for the United States District Court for the Northern District of California,
12 until a date that is convenient for the Court following resolution of the forthcoming motion to
13 dismiss.

14

15 Dated: October 23, 2024                    Respectfully submitted,

16

17                                      LATHAM & WATKINS LLP

18                                      By /s/ *Michael H. Rubin*
19                                         Michael H. Rubin (Bar No. 214636)
                                         michael.rubin@lw.com
20                                         Melanie M. Blunschi (Bar No. 234264)
21                                          melanie.blunschi@lw.com
                                         Francis J. Acott (Bar No. 331813)
22                                          francis.acott@lw.com
                                         505 Montgomery St., Suite 2000
23                                          San Francisco, CA 94111
                                         Telephone: +1.415.391.0600
24

25                                    *Attorneys for Defendant Amplitude, Inc.*

25                                    EDELSON PC

26                                    By /s/ *Jared Lucky*
27                                          Rafey Balabanian (SBN 315962)
                                         rbalabanian@edelson.com
28                                          Jared Lucky (SBN 354413)

jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435
Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff*

**SIGNATURE ATTESTATION**

I, Michael H. Rubin, am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order (1) Setting Briefing Schedule For Motion To Dismiss, And (2) Continuing The Initial Case Management Conference. Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Michael H. Rubin, attest that concurrence in the filing of this document has been obtained.

DATED: October 23, 2024            /s/ Michael H. Rubin
                                   Michael H. Rubin

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
Hon. Rita F. Lin
United States District Judge