Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**Pro hac vice admission to be sought*

*Counsel for Plaintiffs and the Putative Classes*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

KYLE ATKINS and MICHAEL LUO, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

AMPLITUDE, INC., a Delaware corporation,

*Defendant*.

Case No.: 3:24-cv-04913-RFL

**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANT AMPLITUDE, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**

Hon. Rita F. Lin

Pursuant to Civil Local Rule 7-3(b), Plaintiffs Kyle Atkins and Michael Luo ("Plaintiffs"), by and through their counsel, submit this Statement of Non-Opposition advising the Court that Plaintiffs do not oppose the Court's taking notice of the documents attached as exhibits to Defendant Amplitude Inc.'s Request for Judicial Notice in Support of Its Motion to Dismiss the First Amended Class Action Complaint (Dkt. 31). This Statement of Non-Opposition does not extend to any of Defendant's characterizations of those documents, or contentions about the case in general, which are contained in the brief Defendant included with its request for judicial notice. Plaintiffs rebut those arguments in their concurrently filed Opposition to Defendant's Motion to Dismiss the First Amended Class Action Complaint.

Respectfully submitted,

**KYLE ATKINS and MICHAEL LUO,** individually and on behalf of all others similarly situated,

Dated: February 11, 2025

By: /s/ Jared Lucky
*One of Plaintiffs' Attorneys*

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**Pro hac vice admission to be sought*

*Counsel for Plaintiffs and the Putative Classes*