LATHAM & WATKINS LLP
Michael H. Rubin (Bar No. 214636)
*michael.rubin@lw.com*
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Francis J. Acott (Bar No. 331813)
*francis.acott@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Amplitude, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

KYLE ATKINS and MICHAEL LUO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMPLITUDE, INC., a Delaware corporation,

Defendant.

Case No. 3:24-cv-04913-RFL

**DEFENDANT AMPLITUDE, INC.'S STATEMENT OF RECENT DECISION**

Hon. Rita F. Lin

Pursuant to Local Civil Rule 7-3(d)(2), Defendant Amplitude, Inc. submits this Statement of Recent Decision in connection with its pending motion to dismiss (Dkt. 30).

Attached as Exhibit A is a copy of Judge Wise's recent decision in *Kishnani v. Royal Caribbean Cruises Ltd.*, No. 5:25-cv-01473-NW, 2025 WL 1745726 (N.D. Cal. Jun. 24, 2025), which granted the defendant's motion to dismiss in its entirety with prejudice.

Dated: July 8, 2025

LATHAM & WATKINS LLP

*/s/ Michael H. Rubin*
Michael H. Rubin (Bar No. 214636)
*michael.rubin@lw.com*
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Francis J. Acott (Bar No. 331813)
*francis.acott@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Amplitude, Inc.*