LATHAM & WATKINS LLP
Michael H. Rubin (Bar No. 214636)
*michael.rubin@lw.com*
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Francis J. Acott (Bar No. 331813)
*francis.acott@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Amplitude, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

KYLE ATKINS and MICHAEL LUO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMPLITUDE, INC., a Delaware corporation,

Defendant.

Case No. 3:24-cv-04913-RFL

**DEFENDANT AMPLITUDE, INC.'S STATEMENT OF RECENT DECISION**

Hon. Rita F. Lin

Pursuant to Local Civil Rule 7-3(d)(2), Defendant Amplitude, Inc. submits this Statement of Recent Decision in connection with its pending motion to compel arbitration (Dkt. 36).

Attached as Exhibit A is a copy of Judge Araceli Martínez-Olguín's recent decision in *Bender v. Twilio, Inc.* No. 3:24-cv-04914-AMO (N.D. Cal. Aug. 11, 2025), which granted the defendant's motion to compel arbitration.

Dated: August 11, 2025

LATHAM & WATKINS LLP

/s/ Michael H. Rubin
Michael H. Rubin (Bar No. 214636)
*michael.rubin@lw.com*
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Francis J. Acott (Bar No. 331813)
*francis.acott@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Amplitude, Inc.*