| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Michael H. Rubin (Bar No. 214636)<br>*michael.rubin@lw.com* |
| 3 | Melanie M. Blunschi (Bar No. 234264)<br>*melanie.blunschi@lw.com* |
| 4 | Francis J. Acott (Bar No. 331813)<br>*francis.acott@lw.com* |
| 5 | 505 Montgomery St., Suite 2000<br>San Francisco, CA 94111 |
| 6 | Telephone: +1.415.391.0600 |
| 7 | *Attorneys for Defendant Amplitude, Inc.* |
| 8 | [Additional Counsel on Signature Page] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE ATKINS and MICHAEL LUO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMPLITUDE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:24-cv-04913-RFL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon. Rita F. Lin |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Kyle Atkins and Michael Luo ("Plaintiffs") and Amplitude, Inc. ("Amplitude") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on September 2, 2025, the Court issued an order granting Amplitude's Motion to Compel Arbitration (Dkt. 36) and denying Amplitude's Motion to Dismiss (Dkt. 30) as moot (Dkt. 48);

WHEREAS, on September 30, 2025, Plaintiffs filed a Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) ("Certification Motion") (Dkt. 49);

WHEREAS, the Certification Motion is noticed for hearing on December 2, 2025;

WHEREAS, pursuant to Local Civil Rule 7-3, Amplitude's opposition to the Motion is due October 14, 2025, and Plaintiffs reply is due October 21, 2025;

WHEREAS, the Parties have also conferred regarding their schedules and scheduling conflicts, and have agreed to the following modified briefing schedule and hearing date, subject to Court approval: Amplitude's deadline to respond to Plaintiffs' motion is October 22, 2025; Plaintiffs' deadline to file a reply in support of its motion is November 5, 2025; and, subject to the Court's availability, the hearing on the Certification Motion shall be set for December 16, 2025.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that, subject to Court approval:

1. Amplitude shall file its opposition to the Certification Motion no later than October 22, 2025.

2. Plaintiffs shall file their reply in support of the Certification Motion no later than November 5, 2025.

3. Subject to the Court's availability, the hearing on the Certification Motion shall be set for December 16, 2025.

Dated: October 9, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ *Michael H. Rubin*
  Michael H. Rubin (Bar No. 214636)
  michael.rubin@lw.com
  Melanie M. Blunschi (Bar No. 234264)
  melanie.blunschi@lw.com
  Francis J. Acott (Bar No. 331813)
  francis.acott@lw.com
  505 Montgomery St., Suite 2000
  San Francisco, CA 94111
  Telephone: +1.415.391.0600

*Attorneys for Defendant Amplitude, Inc.*

EDELSON PC

By /s/ *Rafey Balabanian*
  Rafey Balabanian (SBN 315962)
  rbalabanian@edelson.com
  Schuyler Ufkes*
  sufkes@edelson.com
  EDELSON PC
  350 North LaSalle Street, 14th Floor
  Chicago, Illinois 60654
  Tel: 312.589.6370
  Fax: 312.589.6378

*Pro hac vice admission to be sought*

*Attorneys for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: **October 10, 2025**

_____
Hon. Rita F. Lin
United States District Judge

## SIGNATURE ATTESTATION

I, Michael H. Rubin, am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Modifying Briefing Schedule for Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b). Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Michael H. Rubin, attest that concurrence in the filing of this document has been obtained.

DATED:  October 9, 2025                                   */s/ Michael H. Rubin*
                                                                          Michael H. Rubin