LATHAM & WATKINS LLP
Michael H. Rubin (Bar No. 214636)
 *michael.rubin@lw.com*
Melanie M. Blunschi (Bar No. 234264)
 *melanie.blunschi@lw.com*
Francis J. Acott (Bar No. 331813)
 *francis.acott@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Amplitude, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE ATKINS and MICHAEL LUO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMPLITUDE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04913-RFL<br><br>**DEFENDANT AMPLITUDE, INC.'S STATEMENT OF RECENT DECISION**<br><br>Hon. Rita F. Lin |

Pursuant to Local Civil Rule 7-3(d)(2), Defendant Amplitude, Inc. ("Amplitude") submits this Statement of Recent Decision in connection with its Opposition to Plaintiffs' Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Dkt. 52).

Attached as Exhibit A is a copy of Judge Noël Wise's recent order granting the defendant's motion to compel arbitration in *Woods v. Verve Group Europe GMBH,* No. 24-cv-04909-NW (N.D. Cal. Dec. 9, 2025), which relates to the parties' arguments regarding whether there exists substantial grounds for difference of opinion and whether an immediate appeal would materially advance the ultimate termination of the litigation.

Dated:  December 10, 2025

LATHAM & WATKINS LLP

*/s/ Michael H. Rubin*
Michael H. Rubin (Bar No. 214636)
 michael.rubin@lw.com
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Francis J. Acott (Bar No. 331813)
 francis.acott@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Amplitude, Inc.*