LATHAM & WATKINS LLP
  Michael H. Rubin (Bar No. 214636)
  *michael.rubin@lw.com*
  Melanie M. Blunschi (Bar No. 234264)
  *melanie.blunschi@lw.com*
  Francis J. Acott (Bar No. 331813)
  *francis.acott@lw.com*
  505 Montgomery St., Suite 2000
  San Francisco, CA 94111
  Telephone: +1.415.391.0600

*Attorneys for Defendant Amplitude, Inc.*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE ATKINS and MICHAEL LUO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMPLITUDE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:24-cv-04913-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ARBITRATION STATUS REPORTS**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon. Rita F. Lin |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Kyle Atkins and Michael Luo ("Plaintiffs") and Amplitude, Inc. ("Amplitude") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 8, 2025, Amplitude filed a Motion to Compel Arbitration (Dkt. 36);

WHEREAS, on September 2, 2025, the Court entered an Order granting Amplitude's Motion to Compel Arbitration and denying as moot Amplitude's Motion to Dismiss (the "Arbitration Decision") (Dkt. 48). The Court ordered the parties to file a joint status report every 120 days until the arbitration is resolved (*id.* at 9);

WHEREAS, pursuant to the Court's Arbitration Decision, the Parties' first status report regarding arbitration is due December 31, 2025;

WHEREAS, on September 30, 2025, Plaintiffs filed a Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (the "§ 1292(b) Motion") (Dkt. 49). Amplitude opposed Plaintiffs' motion on October 22, 2025 (Dkt. 52) and Plaintiffs filed their reply brief on November 5, 2025 (Dkt. 53). The Court vacated the hearing on the § 1292(b) Motion on December 11, 2025 (Dkt. 56);

WHEREAS, the Parties have met and conferred and agree that, in light of the pending § 1292(b) Motion, it would conserve resources and advance efficiency for the Parties to continue the deadlines for their arbitration status reports until a decision on the § 1292(b) Motion, and have agreed to the following modified schedule, subject to Court approval: the Parties shall file their first status report 120 days after the Court's ruling on the § 1292(b) Motion, and every 120 days thereafter.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that the Parties shall file their first status report 120 days after the Court's ruling on the § 1292(b) Motion, and every 120 days thereafter.

1

Dated:  December 19, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ *Michael H. Rubin*
　　Michael H. Rubin (Bar No. 214636)
　　 *michael.rubin@lw.com*
　　Melanie M. Blunschi (Bar No. 234264)
　　 *melanie.blunschi@lw.com*
　　Francis J. Acott (Bar No. 331813)
　　 *francis.acott@lw.com*
　　505 Montgomery St., Suite 2000
　　San Francisco, CA 94111
　　Telephone: +1.415.391.0600

*Attorneys for Defendant Amplitude, Inc.*


EDELSON PC

By /s/ *Rafey Balabanian*
　　Rafey Balabanian (SBN 315962)
　　rbalabanian@edelson.com
　　Jared Lucky (SBN 354413)
　　jlucky@edelson.com
　　EDELSON PC
　　150 California Street, 18th Floor
　　San Francisco, California 94111
　　Tel: 415.212.9300
　　Fax: 415.373.9435

　　Schuyler Ufkes*
　　sufkes@edelson.com
　　EDELSON PC
　　350 North LaSalle Street, 14th Floor
　　Chicago, Illinois 60654
　　Tel: 312.589.6370
　　Fax: 312.589.6378

*Attorneys for Plaintiffs*

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: **December 23, 2025**

_____
Hon. Rita F. Lin
United States District Judge

**SIGNATURE ATTESTATION**

I, Michael H. Rubin, am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Regarding Arbitration Status Reports. Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Michael H. Rubin, attest that concurrence in the filing of this document has been obtained.

DATED:  December 19, 2025

*/s/Michael H. Rubin*
Michael H. Rubin

3