Mickey Terlep (SBN 367340)
mterlep@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiffs and the Putative Classes*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE ATKINS and MICHAEL LUO, individually and on behalf of all others similarly situated,<br><br>              *Plaintiffs*,<br><br>      v.<br><br>AMPLITUDE, INC., a Delaware corporation,<br><br>              *Defendant*. | Case No. 3:24-cv-04913-RFL<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>**Judge:** Hon. Rita F. Lin |

Plaintiffs Kyle Atkins and Michael Luo ("Plaintiffs") hereby file this notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismissing with prejudice all of Plaintiffs' individual claims asserted against Defendant Amplitude, Inc. in this action. Each party will bear its own attorneys' fees and costs. The dismissal of Plaintiffs' individual claims has no effect on the claims of any absent putative class members.

Dated: June 29, 2026

Respectfully submitted,

**KYLE ATKINS** and **MICHAEL LUO,** individually and on behalf of all others similarly situated,

By: */s/ Mickey Terlep*
*One of Plaintiffs' Attorneys*

Mickey Terlep (SBN 367340)
mterlep@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiffs and the Putative Classes*